390 A.2d 309

Lentz, Appellant, v. Browne et al.

Argued March 29, 1978.   Joseph J. Hylan, with him Francis Recchuiti, for appellant;  No appearance entered nor brief submitted for appellee, Browne;  William B. Brooks, with him William H. Kinkead, III, for appellee, Fowler-Williams, Inc.

Order affirmed.

390 A.2d 309

Levin v. Levin, Appellant.

Argued March 29, 1978.   Ira Silverstein, for appellant;  Desmond J. McTighe, for appellee.

Order affirmed.